**EXHIBIT A**

**From:**    <ibasupport@transunion.com>
**To:**    <crwest@transunion.com>
**Date:**    Mon, Mar 10, 2003 11:31 PM
**Subject:**    DISPUTE submitted via www.TransUnion.com

Tue, Mar 11, 2003  01:33:41 AM CST

SSN:    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

FIN:    112172730

Name:    Sami Jo Rothery
Address:    3816 SE 134th AV
Portland, OR, 97236

Previous:    3816 SE 138th AV
Portland, OR, 97236

Home Phone:    (503)762-8174
Employer:    Albertsons
Birth Date:    09/23/1974

Personal Information Correction

Dispute 1 --

**Dispute Details**

- Field:    First Name
- Comments:    My name is not Samuel.

Dispute 2 --
- Field:    Alias
- Comments:    My name is not Samuel J. Weyer.

Dispute 3 --
- Field:    Previous Address
- Comments:    I have never lived at 4400 SE Naef Rd. Apt 28 Portland OR 97267.

Dispute 1 --
- Company:    Capitol One
- Account:    529107137830*
- Reason:    This is not my account

Dispute 2 --
- Company:    CitiFinancial
- Account:    607372352610 6518
- Reason:    This is not my account

Dispute 3 --
- Company:    USBANCORP
- Account:    570837 9159
- Reason:    This is not my account

Dispute 4 --
- Company:        Washington Mutual
- Account:        54569757
- Reason:         This is not my account

Comments

I am not nor have I ever been Samuel J. Weyer. I have
never lived in the state of Washington, nor am I a male.
Please delete all of his information off of my credit report.

Email Address:        bluedustx4@aol.com

TU00018

EXHIBIT B

```
 ?   *** 117560986-001 ***        YOUR TRANS UNION FILE NUMBER: 117560986
     P.O. Box 2000                 PAGE  1 OF  6
     Chester, PA 19022             DATE THIS REPORT PRINTED: 03/17/2003

     RETURN SERVICE REQUESTED      SOCIAL SECURITY NUMBER: 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
                                   BIRTH DATE:            09/1974
                                   YOU HAVE BEEN IN OUR FILES SINCE: 09/1994
                                   PHONE: 762-8174
                                   AKA: CAYO,SAMI,J
                                   AKA: CAYO,SAM,J

CONSUMER REPORT FOR:


     ROTHERY, SAMI, JO
     3816 SE 134TH AV            INTERNAL USE ONLY
     PORTLAND, OR 97236


FORMER ADDRESSES REPORTED:

     4400 SE NAEF APTC28 RD, PORTLAND, OR 97267

                   YOUR CREDIT INFORMATION
```

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
DISCOVER FINANCIAL SVC   # 6011009610586393    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                  CREDIT CARD
    UPDATED  09/2002   BALANCE:      $4811     JOINT ACCOUNT
    OPENED   04/1996   MOST OWED:    $4811     CREDIT LIMIT:      $6300
    CLOSED   10/2002  >PAST DUE:     $2941<
   >STATUS AS OF 09/2002: CHARGED OFF AS BAD DEBT<


>COLLECTION RECORD<
WE COLLECT INC          # 3237001              OPEN ACCOUNT
>PLACED FOR COLLECTION<                        COLLECTION AGENCY/ATTORNEY
    UPDATED  04/2002   BALANCE:       $257     INDIVIDUAL ACCOUNT
    PLACED   05/2000   MOST OWED:     $219     HEALTHFIRST MEDICAL GROUP
                      >PAST DUE:      $257<
   >STATUS AS OF 04/2002: COLLECTION ACCOUNT<


>COLLECTION RECORD<
CAPITAL CREDIT AND COLLE # 297594              OPEN ACCOUNT
>PAID COLLECTION<                              COLLECTION AGENCY/ATTORNEY
    UPDATED  10/2002   BALANCE:        $0      INDIVIDUAL ACCOUNT
    PLACED   03/2000   MOST OWED:     $91      PORTLAND ER PHYSICIANS
    PAID OFF 07/2000
   >STATUS AS OF 10/2002: PAYMENT AFTER CHARGE OFF/COLLECTION<
```

TU00019

```
EPORT ON ROTHERY, SAMI,                                    PAGE  2 OF  6
OCIAL SECURITY NUMBER: 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      TRANS UNION FILE NUMBER: 117560986
```

```
M.WARD/MBGA              # 2943852073      REVOLVING ACCOUNT
CLOSED                                     CHARGE ACCOUNT
   UPDATED  08/2000   BALANCE:        $0   INDIVIDUAL ACCOUNT
   OPENED   07/1995   MOST OWED:     $705  CREDIT LIMIT:          $0
   PAID OFF 04/2000
   STATUS AS OF 08/2000: PAID OR PAYING AS AGREED
   STATUS AS OF LAST UPDATE  2 TIMES 30 DAYS LATE<
 >IN PRIOR 47 MONTHS FROM LAST UPDATE
```

---

```
THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

RBC CENTURA BANK          # 7680160903548   MORTGAGE ACCOUNT
                                            FHA REAL ESTATE MORTGAGE
   UPDATED  03/2003   BALANCE:    $138533   JOINT ACCOUNT
   OPENED   10/2002   MOST OWED:  $139055   PAY TERMS: 360 MONTHLY $1053
   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE

CAPITAL ONE BANK         # 5291071764514368  REVOLVING ACCOUNT
                                             CREDIT CARD
   UPDATED  03/2003   BALANCE:       $492   INDIVIDUAL ACCOUNT
   OPENED   12/1999   MOST OWED:     $587   PAY TERMS:  MINIMUM $26
   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR 39 MONTHS FROM LAST UPDATE NEVER LATE

TARGET FINANCIAL SERVICE # 4352378346184092  REVOLVING ACCOUNT
                                             CREDIT CARD
   UPDATED  03/2003   BALANCE:      $1387   INDIVIDUAL ACCOUNT
   OPENED   05/1997   MOST OWED:    $1387   PAY TERMS:  MINIMUM $35
                                            CREDIT LIMIT:       $4000

   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR  8 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK              # 5480420017141670  REVOLVING ACCOUNT
                                             CREDIT CARD
   UPDATED  02/2003   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED   11/2002   MOST OWED:       $0   CREDIT LIMIT:       $3500
   STATUS AS OF 02/2003: PAID OR PAYING AS AGREED
   IN PRIOR  4 MONTHS FROM LAST UPDATE NEVER LATE

RNB-TARGET                # 918197229890    REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                  CHARGE ACCOUNT
   UPDATED  01/2003   BALANCE:        $0    INDIVIDUAL ACCOUNT
   OPENED   05/1997   MOST OWED:     $758   CREDIT LIMIT:        $800
   CLOSED   08/2002
   STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
   IN PRIOR 29 MONTHS FROM LAST UPDATE NEVER LATE
```

---

```
NORDSTROM FSB            # 139311106        REVOLVING ACCOUNT
                                            CHARGE ACCOUNT
   UPDATED  01/2003   BALANCE:        $0    JOINT ACCOUNT
   OPENED   08/1996   MOST OWED:     $413   CREDIT LIMIT:       $1000
   CLOSED   06/2000
   STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
   IN PRIOR 46 MONTHS FROM LAST UPDATE NEVER LATE
```

TU00020

PAGE 3 OF 6

EPORT·ON ROTHERY, SAMI,    TRANS UNION FILE NUMBER: 117560986
OCIAL SECURITY NUMBER: 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

SEARS ROEBUCK & CO        # 8060504948346      REVOLVING ACCOUNT
DISP RESLVD RPRTD BY GRANTOR                   CHARGE ACCOUNT
    UPDATED  01/2003    BALANCE:         $0    INDIVIDUAL ACCOUNT
    OPENED   01/1996    MOST OWED:     $248    CREDIT LIMIT:      $300
    PAID OFF 03/2001
    STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK              # 5489555100468778   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                     CREDIT CARD
    UPDATED  10/2001    BALANCE:         $0    INDIVIDUAL ACCOUNT
    OPENED   10/2001    MOST OWED:      $88    CREDIT LIMIT:      $300
    CLOSED   10/2002
    STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK UCS             # 5491130147195176   REVOLVING ACCOUNT
                                              CREDIT CARD
    UPDATED  07/2002    BALANCE:         $0    INDIVIDUAL ACCOUNT
    OPENED   03/1995                          CREDIT LIMIT:     $1800
    PAID OFF 04/1996
    STATUS AS OF 07/2002: PAID OR PAYING AS AGREED

STRUCTURE                # 379875198          REVOLVING ACCOUNT
                                              CHARGE ACCOUNT
    UPDATED  05/2001    BALANCE:         $0    INDIVIDUAL ACCOUNT
    OPENED   08/1997    MOST OWED:      $49    CREDIT LIMIT:     $1000
    PAID OFF 08/1997
    STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
    IN PRIOR 15 MONTHS FROM LAST UPDATE NEVER LATE

HSEHLD FINANCE BNFL FINC # 660170910639       INSTALLMENT ACCOUNT
CLOSED                                         CONDITIONAL SALES CONTRACT
    UPDATED  09/1999    BALANCE:         $0    JOINT ACCOUNT
    OPENED   08/1998    MOST OWED:    $1600    PAY TERMS: 30 MONTHLY $66
    CLOSED   06/1999                          CREDIT LIMIT:        $0
    STATUS AS OF 09/1999: PAID OR PAYING AS AGREED
    IN PRIOR  9 MONTHS FROM LAST UPDATE NEVER LATE

WASHINGTON MUTUAL BANK F # 54569757           MORTGAGE ACCOUNT
CLOSED                                         VA REAL ESTATE MORTGAGE
    UPDATED  05/1999    BALANCE:         $0    JOINT ACCOUNT
    OPENED   08/1995    MOST OWED:   $98800    PAY TERMS: 360 MONTHLY $882
    CLOSED   05/1999
    STATUS AS OF 05/1999: PAID OR PAYING AS AGREED
    IN PRIOR 36 MONTHS FROM LAST UPDATE NEVER LATE

CITIFINANCIAL            # 6073723526106518    INSTALLMENT ACCOUNT
CLOSED                                         UNSECURED
    UPDATED  03/1998    BALANCE:         $0    INDIVIDUAL ACCOUNT
    OPENED   05/1996    MOST OWED:    $2000    PAY TERMS: 36 MONTHLY $79
    CLOSED   03/1998
    STATUS AS OF 03/1998: PAID OR PAYING AS AGREED
    IN PRIOR 22 MONTHS FROM LAST UPDATE NEVER LATE

EPORT· ON ROTHERY, SAMI, ●                                    PAGE  4 OF  6
OCIAL SECURITY NUMBER: 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      TRANS UNION FILE NUMBER: 117560986

U.S. BANK NATIONAL ASSOC # 5708379159      MORTGAGE ACCOUNT
TRANSFER                                   V.A. LOAN
     UPDATED  12/1995   BALANCE:      $0    JOINT ACCOUNT
     OPENED   08/1995   MOST OWED:  $98800  PAY TERMS: 360 MONTHLY $875
     PAID OFF 11/1995
     STATUS AS OF 12/1995: PAID OR PAYING AS AGREED

RNB-TARGET              # 910745035690     REVOLVING ACCOUNT
                                           CHARGE ACCOUNT
     UPDATED  01/2003   BALANCE:      $0    INDIVIDUAL ACCOUNT
     OPENED   05/1997   MOST OWED:  $758    CREDIT LIMIT:      $800
     CLOSED   08/2000
     STATUS AS OF 01/2003: UNRATED
     IN PRIOR 44 MONTHS FROM LAST UPDATE NEVER LATE

DISCOVER FINANCIAL SVC  # 6011009610571577  REVOLVING ACCOUNT
CREDIT CARD LOST/STOLEN                     CREDIT CARD
     UPDATED  05/1999   BALANCE:      $0    JOINT ACCOUNT
     OPENED   04/1996   MOST OWED:    $0
     STATUS AS OF 05/1999: UNRATED
     IN PRIOR 36 MONTHS FROM LAST UPDATE NEVER LATE

---

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

| SUBSCRIBER NAME | INQUIRY TYPE | DATE |
|---|---|---|
| AMERICAN FAMILY INS. VIA AMERICAN FAMILY INS | INDIVIDUAL | 10/18/2002 |
|     PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING | | |
| FARMERS INSURANCE GROUP | INDIVIDUAL | 09/05/2002 |
|     PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING | | |
| MMI VIA EQUIFAX MORTGAGE SERVICE | INDIVIDUAL | 08/08/2002 |
|     PERMISSIBLE PURPOSE = CREDIT TRANSACTION | | |
| MMI VIA EQUIFAX MORTGAGE SERVICE | INDIVIDUAL | 08/05/2002 |
|     PERMISSIBLE PURPOSE = CREDIT TRANSACTION | | |
| 383 FREEDOM MORTGAGE VIA TRIPLE CITY CB | INDIVIDUAL | 08/05/2002 |
|     PERMISSIBLE PURPOSE = CREDIT TRANSACTION | | |
| F.MAC/FREEDOM MTG CO | INDIVIDUAL | 07/26/2002 |
| 383 FREEDOM MORTGAGE VIA TRIPLE CITY CB | INDIVIDUAL | 07/23/2002 |
|     PERMISSIBLE PURPOSE = CREDIT TRANSACTION | | |

---

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN
BY ANYONE BUT YOU.

| SUBSCRIBER NAME | DATE |
|---|---|
| AMERICAN EXPRESS | 12/2002 |
| CAPITAL ONE BANK | 03/2002 |
| COUNTRYWIDE | 04/2002 |

REPORT ON ROTHERY, SAMI,  ●                              PAGE  5 OF  6
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 117560986


THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW.)

SUBSCRIBER NAME                               DATE
CITIBANK USA NA-SEARS                         02/2003
IPLACE.COM VIA CONSUMER INFO.COM              01/2003
PERMISSIBLE PURPOSE = CONSUMER INITIATED TRANSACTION
LENDING TREE                                  07/2002
DISCOVER FINANCIAL SERVI                      04/2002
AT & T -CARM                                  06/2001
UNIVERSAL CARD/CBSDNA                         06/2001


CONSUMER STATEMENT:
     #HK# ID FRAUD VICTIM ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED
IN MY NAME USING CORRECT PERSONAL INFORMATION. DO NOT EXTEND
CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL
APPLICATION INFORMATION AT HOME (503) 762-8146. DATE REPORTED
07/02.
THIS STATEMENT WILL EXPIRE IN 07/2006.


SPECIAL MESSAGES:

     SECURITY ALERT OR CONSUMER STATEMENT ON FILE RELATES TO TRUE NAME OR
CREDIT FRAUD

TU00023

EPORT· ON ROTHERY, SAMI, ●                                    PAGE  6 OF  6
OCIAL· SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 117560986

---

HOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

T OUR WEB-SITE:
WW.TRANSUNION.COM/INVESTIGATE

Y MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
EQUEST FORM TO:
ransUnion Consumer Relations
.O. Box 2000
hester, PA 19022-2000

Y PHONE:
-800-916-8800
UR BUSINESS HOURS IN YOUR TIME ZONE ARE:
:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
LEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
VAILABLE.

---

IMPORTANT

---

NVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
OUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
E SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

TU00024

EXHIBIT C



TU00025

**Audit Trail: Level 3 Information (Dispute - Activity 2)**

File A

WASHINGTON MUTUAL BANK     (B2292001 - Line 1)                          File A

|  | Before | After |
|---|---|---|
| Account Number | 5456-9757 | |
| Type of Account | M:Mortgage Account | |
| Loan Type | VM:VA Real Estate Mortgage | |
| ECOA | C:Joint | |
| Remark Code | CLO:Closed | |
| MOP | 01 | |
| Date Opened | 08/95 | |
| Date Closed | 05/99 | |
| Date Paid | | |
| Date Reported | 06/99 | |
| Date Last Sale | 03/99 | |
| Date Verified | 05/99 | 04/03 |
| Verification Indicator | A:AUTOMATIC | V:VERIFIED |
| Balance | $0 | |
| Amount Past Due | $0 | |
| Credit Limit | | |
| High Credit | $98800 | |
| Historical Status | 36 Months Reviewed 0 times 30 days late 0 times 60 days late 0 times 90 days + late | |
| Maximum Delinquency Date | | |
| Maximum Delinquency Amount | | |
| Maximum Delinquency MOP | | |
| Number of Payments Past Due | 0 | |
| Payment Pattern | 5/1999 - X 1 1 1 1 12/1998 - 1 1 1 1 1 1 1 1 1 1 1 1 12/1997 - 1 1 1 1 1 1 1 1 1 1 1 1 12/1996 - 1 1 1 | |
| Collateral | | |
| Terms | 360M882 | |
| Purge Date | | |
| Cloak Reason | | N:No Response Within 30 Days |
| Cloak Date | | 04/03 |

Print          Close

TU00026

**EXHIBIT D**



TU00027

**Audit Trail: Level 3 Information (Dispute – Activity 2)**

File A

**CITIFINANCIAL (F7288484)**  line 5)

File A

|  | Before | After |
|---|---|---|
| Account Number | 6073-7235-2610-6518 | |
| Type of Account | I:Installment Account | |
| Loan Type | US:Unsecured | |
| ECOA | I:Individual | |
| Remark Code | CLO:Closed | |
| MOP | 01 | |
| Date Opened | 05/96 | |
| Date Closed | 03/98 | |
| Date Paid | | |
| Date Reported | 04/98 | |
| Date Last Sale | 03/98 | |
| Date Verified | 03/98 | 04/03 |
| Verification Indicator | A:AUTOMATIC | V:VERIFIED |
| Balance | $0 | |
| Amount Past Due | $0 | |
| Credit Limit | | |
| High Credit | $2000 | |
| Historical Status | 22 Months Reviewed | |
|  | 0 times 30 days late | |
|  | 0 times 60 days late | |
|  | 0 times 90 days + late | |
| Maximum Delinquency Date | | |
| Maximum Delinquency Amount | | |
| Maximum Delinquency MOP | | |
| Number of Payments Past Due | 0 | |
| Payment Pattern | 3/1998 - X 1 1 | |
|  | 12/1997 - 1 1 1 X X 1 1 1 1 1 1 1 | |
|  | 12/1996 - 1 1 1 1 1 1 1 | |
| Collateral | | |
| Terms | 36M79 | |
| Purge Date | | |
| Cloak Reason | | N:No Response Within 30 Days |
| Cloak Date | | 04/03 |

**Print**          **Close**

**EXHIBIT E**



TU00029

**Audit Trail: Level 3 Information (Dispute - Activity 2)**

File A

U.S. BANK NATIONAL ASSOC. (33LX001 - Line 6)

File A

| | Before | After |
|---|---|---|
| Account Number | 5708-3791-59 | |
| Type of Account | M:Mortgage Account | |
| Loan Type | VA:V.a. Loan | |
| ECOA | C:Joint | |
| Remark Code | TRF:Transfer | |
| MOP | 01 | |
| Date Opened | 08/95 | |
| Date Closed | | |
| Date Paid | 11/95 | |
| Date Reported | 12/95 | 03/03 |
| Date Last Sale | | |
| Date Verified | 12/95 | |
| Verification Indicator | A:AUTOMATIC | V:VERIFIED |
| Balance | $0 | |
| Amount Past Due | $0 | |
| Credit Limit | | $0 |
| High Credit | $98800 | |
| Historical Status | 0 Months Reviewed | |
| | 0 times 30 days late | |
| | 0 times 60 days late | |
| | 0 times 90 days + late | |
| Maximum Delinquency Date | | |
| Maximum Delinquency Amount | | $0 |
| Maximum Delinquency MOP | | |
| Number of Payments Past Due | 0 | |
| Payment Pattern | | |
| Collateral | | |
| Terms | 360M875 | |
| Purge Date | | |
| Cloak Reason | | O:Other |
| Cloak Date | | 03/03 |

Print     Close

TU00030

**EXHIBIT F**

```
*** 117560986-003 ***           YOUR TRANS UNION ●LE NUMBER: 117560986
P.O. Box 2000                    PAGE  1 OF  6
Chester, PA 19022               DATE THIS REPORT PRINTED: 04/07/2003

RETURN SERVICE REQUESTED        SOCIAL SECURITY NUMBER: 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
                                BIRTH DATE:               09/1974
                                YOU HAVE BEEN IN OUR FILES SINCE: 09/1994
                                PHONE: 762-8174
                                AKA: CAYO,SAMI,J
                                AKA: CAYO,SAM,J
```

)NSUMER REPORT FOR:


ROTHERY, SAMI, JO
3816 SE 134TH AV
PORTLAND, OR 97236

MPLOYMENT DATA REPORTED:

ALBERTSONS
DATE REPORTED: 03/2003

## INVESTIGATION RESULTS

E HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| TEM | DESCRIPTION | RESULTS |
|---|---|---|
| ;ASHINGTON MUTUAL BANK F | # 54569757 | DELETED |
| :ITIFINANCIAL | # 6073723526106518 | DELETED |
| J.S. BANK NATIONAL ASSOC | # 5708379159 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100
WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION
FOLLOWS:

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

```
DISCOVER FINANCIAL SVC  # 6011009610586393    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                 CREDIT CARD
   UPDATED  09/2002  BALANCE:      $4811      JOINT ACCOUNT
   OPENED   04/1996  MOST OWED:    $4811      CREDIT LIMIT:     $6300
   CLOSED   10/2000  >PAST DUE:    $2941<
   >STATUS AS OF 09/2002: CHARGED OFF AS BAD DEBT<
```

TU00034

PAGE  2 OF  6

RORT ON,ROTHERY,  SAMI,  J
CIAL SECURITY NUMBER: 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          TRANS UNION FILE NUMBER: 117560986

OLLECTION RECORD<
E COLLECT INC              # 3237001          OPEN ACCOUNT
LACED FOR COLLECTION<                          COLLECTION AGENCY/ATTORNEY
   UPDATED  04/2002   BALANCE:       $257     INDIVIDUAL ACCOUNT
   PLACED   05/2000   MOST OWED:      $219    HEALTHFIRST MEDICAL GROUP
                      >PAST DUE:      $257<
   >STATUS AS OF 04/2002: COLLECTION ACCOUNT<

OLLECTION RECORD<
APITAL CREDIT AND COLLE # 297594             OPEN ACCOUNT
AID COLLECTION<                               COLLECTION AGENCY/ATTORNEY
   UPDATED  10/2002   BALANCE:        $0      INDIVIDUAL ACCOUNT
   PLACED   03/2000   MOST OWED:      $91        PORTLAND ER PHYSICIANS
   PAID OFF 07/2000
   >STATUS AS OF 10/2002: PAYMENT AFTER CHARGE OFF/COLLECTION<

1.WARD/MBGA                 # 2943852073       REVOLVING ACCOUNT
LOSED                                          CHARGE ACCOUNT
   UPDATED  08/2000   BALANCE:        $0      INDIVIDUAL ACCOUNT
   OPENED   07/1995   MOST OWED:      $705    CREDIT LIMIT:         $0
   PAID OFF 04/2000
   STATUS AS OF 08/2000: PAID OR PAYING AS AGREED
   >IN PRIOR 46 MONTHS FROM LAST UPDATE  2 TIMES 30 DAYS LATE<

_____

HE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

DISCOVER FINANCIAL SVC   # 6011009770687981   REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  03/2003   BALANCE:     $1687      INDIVIDUAL ACCOUNT
   OPENED   03/2003   MOST OWED:   $1687      CREDIT LIMIT:     $3500
   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM LAST UPDATE NEVER LATE

RBC CENTURA BANK           # 7680160903548     MORTGAGE ACCOUNT
                                               FHA REAL ESTATE MORTGAGE
   UPDATED  03/2003   BALANCE:   $138533      JOINT ACCOUNT
   OPENED   10/2002   MOST OWED: $139055      PAY TERMS: 360 MONTHLY $1053
   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE

CAPITAL ONE BANK           # 5291071764514368  REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  03/2003   BALANCE:      $492      INDIVIDUAL ACCOUNT
   OPENED   12/1999   MOST OWED:     $587     PAY TERMS:  MINIMUM $26
   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR 39 MONTHS FROM LAST UPDATE NEVER LATE

TARGET FINANCIAL SERVICE # 4352378346184092   REVOLVING ACCOUNT
                                               CREDIT CARD
   UPDATED  03/2003   BALANCE:     $1387      INDIVIDUAL ACCOUNT
   OPENED   05/1997   MOST OWED:   $1387      PAY TERMS:  MINIMUM $35
                                              CREDIT LIMIT:     $4000

   STATUS AS OF 03/2003: PAID OR PAYING AS AGREED
   IN PRIOR  8 MONTHS FROM LAST UPDATE NEVER LATE

PAGE  3 OF  6

PORT ON ROTHERY, SAMI, J
CIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 117560986

OUSEHOLD BK                  # 5480420017141670        REVOLVING ACCOUNT
                                                       CREDIT CARD
    UPDATED  02/2003    BALANCE:          $0    INDIVIDUAL ACCOUNT
    OPENED   11/2002    MOST OWED:        $0    CREDIT LIMIT:       $3500
    STATUS AS OF 02/2003: PAID OR PAYING AS AGREED
    IN PRIOR  4 MONTHS FROM LAST UPDATE NEVER LATE

NB-TARGET                    # 918197229890        REVOLVING ACCOUNT
                                                   CHARGE ACCOUNT
CCOUNT CLOSED BY CONSUMER                           INDIVIDUAL ACCOUNT
    UPDATED  01/2003    BALANCE:          $0
    OPENED   05/1997    MOST OWED:      $758    CREDIT LIMIT:       $800
    CLOSED   08/2002
    STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
    IN PRIOR 29 MONTHS FROM LAST UPDATE NEVER LATE

NORDSTROM FSB                # 139311106            REVOLVING ACCOUNT
                                                   CHARGE ACCOUNT
    UPDATED  01/2003    BALANCE:          $0    JOINT ACCOUNT
    OPENED   08/1996    MOST OWED:      $413    CREDIT LIMIT:       $1000
    CLOSED   06/2000
    STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
    IN PRIOR 46 MONTHS FROM LAST UPDATE NEVER LATE

SEARS ROEBUCK & CO       # 8060504948346           REVOLVING ACCOUNT
                                                   CHARGE ACCOUNT
DISP RESLVD RPRTD BY GRANTOR                        INDIVIDUAL ACCOUNT
    UPDATED  01/2003    BALANCE:          $0
    OPENED   01/1996    MOST OWED:      $248    CREDIT LIMIT:       $300
    PAID OFF 03/2001
    STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
    IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK                 # 5489555100468778        REVOLVING ACCOUNT
                                                      CREDIT CARD
ACCOUNT CLOSED BY CONSUMER                            INDIVIDUAL ACCOUNT
    UPDATED  10/2002    BALANCE:          $0
    OPENED   10/2001    MOST OWED:       $88    CREDIT LIMIT:       $300
    CLOSED   10/2002
    STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK UCS                 # 5491130147195176        REVOLVING ACCOUNT
                                                      CREDIT CARD
    UPDATED  07/2002    BALANCE:          $0    INDIVIDUAL ACCOUNT
    OPENED   03/1995                             CREDIT LIMIT:       $1800
    PAID OFF 04/1996
    STATUS AS OF 07/2002: PAID OR PAYING AS AGREED

                                                   REVOLVING ACCOUNT
STRUCTURE                    # 379875198           CHARGE ACCOUNT
                                                   INDIVIDUAL ACCOUNT
    UPDATED  05/2001    BALANCE:          $0
    OPENED   08/1997    MOST OWED:       $49    CREDIT LIMIT:       $1000
    PAID OFF 08/1997
    STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
    IN PRIOR 14 MONTHS FROM LAST UPDATE NEVER LATE

PORT ON ROTHERY, SAMI,  ●                              PAGE  4 OF  6
CIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 117560986


SEHLD FINANCE BNFL FINC # 660170910639     INSTALLMENT ACCOUNT
LOSED                                      CONDITIONAL SALES CONTRACT
  UPDATED  09/1999   BALANCE:        $0    JOINT ACCOUNT
  OPENED   08/1998   MOST OWED:    $1600   PAY TERMS: 30 MONTHLY $66
  CLOSED   06/1999                         CREDIT LIMIT:        $0
  STATUS AS OF 09/1999: PAID OR PAYING AS AGREED
  IN PRIOR  9 MONTHS FROM LAST UPDATE NEVER LATE


NB-TARGET             # 910745035690       REVOLVING ACCOUNT
                                           CHARGE ACCOUNT
  UPDATED  01/2003   BALANCE:        $0    INDIVIDUAL ACCOUNT
  OPENED   05/1997   MOST OWED:     $758   CREDIT LIMIT:      $800
  CLOSED   08/2000
  STATUS AS OF 01/2003: UNRATED
  IN PRIOR 44 MONTHS FROM LAST UPDATE NEVER LATE


ISCOVER FINANCIAL SVC  # 6011009610571577  REVOLVING ACCOUNT
REDIT CARD LOST/STOLEN                      CREDIT CARD
  UPDATED  05/1999   BALANCE:        $0    JOINT ACCOUNT
  OPENED   04/1996   MOST OWED:      $0
  STATUS AS OF 05/1999: UNRATED
  IN PRIOR 35 MONTHS FROM LAST UPDATE NEVER LATE

---

IE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
MAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

|                                                      | INQUIRY TYPE | DATE |
|------------------------------------------------------|--------------|------|
| SUBSCRIBER NAME                                      |              |      |
| AMERICAN FAMILY INS. VIA AMERICAN FAMILY INS         | INDIVIDUAL   | 10/18/2002 |
|   PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING       |              |      |
| FARMERS INSURANCE GROUP                              | INDIVIDUAL   | 09/05/2002 |
|   PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING       |              |      |
| MI VIA EQUIFAX MORTGAGE SERVICE                      | INDIVIDUAL   | 08/08/2002 |
|   PERMISSIBLE PURPOSE = CREDIT TRANSACTION           |              |      |
| MI VIA EQUIFAX MORTGAGE SERVICE                      | INDIVIDUAL   | 08/05/2002 |
|   PERMISSIBLE PURPOSE = CREDIT TRANSACTION           |              |      |
| 383 FREEDOM MORTGAGE VIA TRIPLE CITY CB              | INDIVIDUAL   | 08/05/2002 |
|   PERMISSIBLE PURPOSE = CREDIT TRANSACTION           |              |      |
| P.MAC/FREEDOM MTG CO                                 | INDIVIDUAL   | 07/26/2002 |
| 383 FREEDOM MORTGAGE VIA TRIPLE CITY CB              | INDIVIDUAL   | 07/23/2002 |
|   PERMISSIBLE PURPOSE = CREDIT TRANSACTION           |              |      |

---

IE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
NFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
HEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN
 ANYONE BUT YOU.

SUBSCRIBER NAME                   DATE
AMERICAN EXPRESS                  12/2002
COUNTRYWIDE                       04/2002


TU00037

EPORT ON ROTHERY, SAMI,  ●                            PAGE  5 OF  6
OCIAL SECURITY NUMBER: 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      TRANS UNION FILE NUMBER: 117560986

HE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
HE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
NQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
REDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
O OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW.)

SUBSCRIBER NAME                               DATE
CITIBANK USA NA-SEARS                         02/2003
IPLACE.COM VIA CONSUMER INFO.COM              01/2003
PERMISSIBLE PURPOSE = CONSUMER INITIATED TRANSACTION
LENDING TREE                                  07/2002
DISCOVER FINANCIAL SERVI                      04/2002
AT & T -CARM                                  06/2001
UNIVERSAL CARD/CBSDNA                         06/2001

ONSUMER STATEMENT:
     #HK# ID FRAUD VICTIM ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED
     IN MY NAME USING CORRECT PERSONAL INFORMATION. DO NOT EXTEND
     CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL
     APPLICATION INFORMATION AT HOME (503) 762-8146. DATE REPORTED
     07/02.
     THIS STATEMENT WILL EXPIRE IN 07/2006.

PECIAL MESSAGES:
     SECURITY ALERT OR CONSUMER STATEMENT ON FILE RELATES TO TRUE NAME OR
     CREDIT FRAUD

TU00038

ORT ON ROTHERY, SAMI, J                           PAGE  6 OF  6
IAL SECURITY NUMBER: 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    TRANS UNION FILE NUMBER: 117560986

THERE HAS BEEN A CHANGE IN YOUR CREDIT HISTORY RESULTING FROM OUR
ESTIGATION, OR IF YOU ADD A CONSUMER STATEMENT, YOU MAY REQUEST TRANSUNION
SEND AN UPDATED REPORT TO THOSE WHO RECEIVED YOUR REPORT WITHIN THE LAST TWO
RS FOR EMPLOYMENT PURPOSES, OR WITHIN THE LAST ONE YEAR FOR ANY OTHER
RPOSE. IF INTERESTED, YOU MAY ALSO REQUEST A DESCRIPTION OF HOW THE
ESTIGATION WAS CONDUCTED ALONG WITH THE NAME, ADDRESS, AND TELEPHONE NUMBER
ANYONE CONTACTED FOR INFORMATION.

OULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

OUR WEB SITE:
W.TRANSUNION.COM/INVESTIGATE

MAIL:
ansUnion Consumer Relations
O. Box 2000
ester, PA 19022-2000

PHONE:
800-916-8800
R BUSINESS HOURS IN YOUR TIME ZONE ARE:
30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
EASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AILABLE.

TU00039