IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMI ROTHERY,                                     04-CV-312-ST

        Plaintiff,                               ORDER

v.

TRANS UNION, LLC, a foreign
corporation,

        Defendant.


**MICHAEL C. BAXTER**
**JUSTIN M. BAXTER**
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, OR  97225
(503) 297-9031

        Attorneys for Plaintiff

**JENNIFER BOUMAN**
Bullard Smith Jernsted Wilson
1000 S.W. Broadway, Suite 1900
Portland, OR  97205
(503) 248-1134

        Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

   Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#98) on April 6, 2006, in which she recommended this Court grant Defendant's Motion for Partial Summary Judgment (#48) as to that portion of Plaintiff's claim brought under 15 U.S.C. § 1681e(b) based on the Atlas and Discover accounts; deny Defendant's Motion as to Plaintiff's claim for violation of 15 U.S.C. § 1681e(b) relating to accounts other than the Atlas and Discover accounts; and deny Plaintiff's claim for violation of 15 U.S.C. § 1681i with respect to Plaintiff's March 10, 2003, dispute.

   Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the Findings and Recommendation *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (2003)(*en banc*).  Having reviewed the legal principles, the Court does not find any clear error.


## CONCLUSION

   The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#98).  Accordingly, the Court **GRANTS** Defendant's Motion for Partial Summary Judgment (#48) as to that portion of Plaintiff's claim brought against Defendant under 15 U.S.C. § 1681e(b) based on the Atlas and Discover accounts; **DENIES**

2 - ORDER

Defendant's Motion as to Plaintiff's claim for violation of 15 U.S.C. § 1681e(b) relating to accounts other than the Atlas and Discover accounts; and **DENIES** Plaintiff's claim for violation of 15 U.S.C. § 1681i with respect to Plaintiff's March 10, 2003, dispute.

    IT IS SO ORDERED.

    DATED this 14th day of June, 2006.

                                       /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge